MCGINTY & BELCHER, Attorneys
Richard F. McGinty, Attorney at Law - OSB # 86071
richard@mcginty-belcher.com
P.O. Box 12806
Salem, OR 97309
Voice: (503) 371-9636
Fax: (503) 371-2879
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LARAE L. CONNER,**          Case No. 6:15-cv-00017-PK
         Plaintiff,
                 ORDER

vs.

**COMMISSIONER OF SOCIAL SECURITY,**

         Defendant

Attorney fees in the amount of $12,182.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Equal Access to Justice Act (EAJA) fees pursuant to 28 U.S.C. § 2412 have not been awarded in this case. The agency is directed to send to Plaintiff's attorney, at his current address shown above, the § 406(b) check. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 25th day of July, 2016.

_____
United States ~~District Court~~ Magistrate Judge

Presented by:
s/ Richard F. McGinty, OSB # 86071
(503) 371-9636
Attorney for Plaintiff

Page 1    ORDER